Dana M. Herberholz, ISB No. 7440
Christopher Cuneo, ISB No. 8557
Andrew Wake, ISB No. 9486
Margaret N. McGann (*pro hac vice*)
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID  83702
Telephone:  (208) 562-4900
Facsimile:  (208) 562-4901
Email: dherberholz@parsonsbehle.com
          ccuneo@parsonsbehle.com
          awake@parsonsbehle.com
          mmcgann@parsonsbehle.com

Attorneys for J.R. Simplot Company

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| J.R. SIMPLOT COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>McCAIN FOODS USA, INC.<br><br>    Defendant. | Case Nos.   1:16-cv-00449-DCN<br>                   1:17-cv-350-DCN<br><br>**JOINT MOTION TO ENTER REVISED STIPULATED PROTECTIVE ORDER** |
| McCAIN FOODS LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>J.R. SIMPLOT COMPANY,<br><br>    Defendant. | |

JOINT MOTION TO ENTER REVISED STIPULATED PROTECTIVE ORDER - 1

The parties J.R. Simplot Company, McCain Foods USA, Inc., and McCain Foods Limited, by and through their respective undersigned counsel of record, hereby jointly and respectfully move the Court to enter the parties' Revised Stipulated Protective Order, attached hereto as **Exhibit A**. In **Exhibit A**, the parties and their counsel have agreed to certain procedures and restrictions that they consider mutually acceptable for protecting personal, proprietary, and confidential information that may be disclosed during the prosecution and defense of this consolidated litigation.

DATED THIS 12th day of February, 2018.

                                        PARSONS BEHLE & LATIMER

                                        By /s/ *Dana M. Herberholz*
                                            Dana M. Herberholz
                                        Attorneys for Plaintiff
                                        J.R. Simplot Company

DATED THIS 12th day of February, 2018.

                                        JONES DAY

                                        By */s/ Meredith M. Wilkes*
                                            Meredith M. Wilkes
                                        Attorneys for Defendant
                                        McCain Foods USA, Inc. and
                                        McCain Foods Limited

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 12th day of February, 2018, I electronically filed the within and foregoing instrument with the Clerk of the Court using the CM/ECF system, which caused the following parties and counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

      Fredric V. Shoemaker, Attorney for McCain
fshoemaker@greenerlaw.com

      Slade D. Sokol, Attorney for McCain
ssokol@greenerlaw.com

      Meredith M. Wilkes, Attorney for McCain
mwilkes@jonesday.com

      John C. Evans, Attorney for McCain
jcevans@jonesday.com

      John A. Marlott, Attorney for McCain
jamarlott@jonesday.com

      Mary Alexander Hyde, Attorney for McCain
malexanderhyde@jonesday.com

      Joshua R. Nightingale, Attorney for McCain
jrnightingale@jonesday.com

*/s/ Dana M. Herberholz*
Dana M. Herberholz