Michael G. Brady, ISB #1293
EBERLE BERLIN
1111 West Jefferson Street, Suite 530
Boise, Idaho 83701
Tel:    (208) 344-8835
Fax:    (208) 344-8542
mbrady@eberle.com

Meredith M. Wilkes (admitted *pro hac vice*)
David B. Cochran (admitted *pro hac vice*)
John C. Evans (admitted *pro hac vice*)
Joshua R. Nightingale (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Tel:    (216) 586-7231
Fax:    (216) 579-0212

*Attorneys for McCain Foods USA, Inc. and
McCain Foods Limited*

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **J.R. SIMPLOT COMPANY**, | Case No.:    1:16-cv-00449-DCN |
| Plaintiff, | |
| v. | |
| **McCAIN FOODS USA, INC.,** | |
| Defendant. | |
| **McCAIN FOODS LIMITED**, | **JOINT MOTION FOR ENTRY OF ORDER SETTING AMENDED CASE SCHEDULE** |
| Plaintiff, | |
| v. | |
| **J.R. SIMPLOT COMPANY**, | |
| Defendant. | |

JOINT MOTION FOR ENTRY OF ORDER SETTING AMENDED CASE SCHEDULE - 1

McCain Foods Limited and McCain Foods USA, Inc. (collectively, "McCain") and J.R. Simplot Company ("Simplot" and collectively with McCain, the "Parties") jointly move for entry of the following agreed schedule in the above captioned matter:

| Event | Deadline | Date |
|---|---|---|
| Production of Advice-of-Counsel Opinions (LPR 3.8) | 28 days after Dkt. 86 | Friday, February 8, 2019 |
| Parties to participate in at least one private mediation session | 90 days after Dkt. 86 | Thursday, April 11, 2019 |
| Close of Fact Discovery (LPR 5.1) | 180 days after Dkt. 86 | Wednesday, July 10, 2019 |
| Expert Witness Disclosures of Parties with Burden of Proof (LPR 5.2(a)) | 42 days after Close of Fact Discovery | Wednesday, August 21, 2019 |
| Expert Witness Disclosures of Parties on Issues for Which the Opposing Party Bears the Burden of Proof (LPR 5.2(b)) | 42 days after first round of expert disclosures | Wednesday, October 2, 2019 |
| Rebuttal Expert Witness Disclosures pursuant to Fed. R. Civ. P. 26 (LPR 5.2(c)) | 14 days after second round of expert disclosures | Wednesday, October 16, 2019 |
| Completion of Expert Witness Depositions (LPR 5.3) | 60 days after rebuttal expert witness disclosures | Monday, December 16, 2019 |
| Dispositive motion and *Daubert* motion deadline | 28 days after Close of Expert Discovery | Monday, January 13, 2020 |

The Parties' Proposed Order Setting Case Schedule is filed concurrently with this motion.

DATED this 29th day of January, 2019.

Respectfully submitted,

JONES DAY

BY:   */s/  Meredith M. Wilkes*
_____

Meredith M. Wilkes (admitted *pro hac vice*)
David B. Cochran (admitted *pro hac vice*)
John C. Evans (admitted *pro hac vice*)
Joshua R. Nightingale (admitted *pro hac vice*)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Tel:     (216) 586-7231
Fax:     (216) 579-0212

*Attorneys for McCain Foods USA, Inc. and*
*McCain Foods Limited*

EBERLE BERLIN

BY:   /s/ Michael G. Brady
_____
Michael G. Brady, ISB #1293
1111 West Jefferson Street, Suite 530
Boise, Idaho 83701
Tel:     (208) 344-8835
Fax:     (208) 344-8542
mbrady@eberle.com

*Attorneys for McCain Foods USA, Inc. and*
*McCain Foods Limited*

Dated: January 29, 2019                    Respectfully submitted,


                                           */s/ Dana M. Herberholz*
                                           _____

                                           Dana M. Herberholz
                                           Christopher Cuneo
                                           Margaret N. McGann
                                           Jordan L. Stott

                                           *Attorney for J.R. Simplot Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January, 2019, the foregoing document was electronically filed with the U.S. District Court using the CM/ECF system, which sent a Notice of Electronic Filing to the CM/ECF Registered Participants, including:

Dana M. Herberholz                        dherbherholz@parsonsbehle.com
Christopher Cuneo                         ccuneo@parsonsbehle.com
Margaret N. McGann (pro hac vice)         mmcgann@parsonsbehle.com
Jordan L. Stott                           jstott@parsonsbehle.com
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID  83702

*Attorneys for J.R. Simplot Company*

/s/  John C. Evans
John C. Evans