Brian M. Buroker (*pro hac vice*)
Vladimir J. Semendyai (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  (202) 955-8541
Email: BBuroker@gibsondunn.com
          VSemendyai@gibsondunn.com

Dana M. Herberholz, ISB No. 7440
Christopher Cuneo, ISB No. 8557
Brook B. Bond, ISB No. 6340
Jordan L. Stott, ISB No. 9820
Margaret N. McGann, ISB No. 10849
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID  83702
Telephone:  (208) 562-4900
Email: DHerberholz@parsonsbehle.com
          CCuneo@parsonsbehle.com
          BBond@parsonsbehle.com
          JStott@parsonsbehle.com
          MMcGann@parsonsbehle.com

Attorneys for J.R. Simplot Company

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| J.R. SIMPLOT COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>McCAIN FOODS USA, INC.<br><br>Defendant. | Case No. 1:16-cv-00449-DCN<br><br>**DECLARATION OF ANDRÉ E. JARDINI IN SUPPORT OF J.R. SIMPLOT COMPANY'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ELEA** |
| McCAIN FOODS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>J.R. SIMPLOT COMPANY,<br><br>Defendant. | |
| J.R. SIMPLOT COMPANY,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ELEA VERTRIEBS-UND-VERMARKTUNGSGESELLSCHAFT, MBH; FOOD PHYSICS LLC,<br><br>Third-Party Defendants. | |

**DECLARATION OF ANDRÉ E. JARDINI - 1**

I, André E. Jardini, declare as follows:

1.      I make this declaration based upon personal knowledge and can testify as to the truth of the statements contained herein if called upon as a witness.

2.      I am an attorney at law duly licensed to practice in the State of California and a member of the law firm Knapp, Petersen & Clarke.  I have been asked to present opinion testimony by way of declaration and expert report regarding my analysis of the reasonableness of attorneys' fees incurred by J.R. Simplot Company ("Simplot") in the matter known as *J.R. Simplot Company v. McCain Foods USA, Inc.*, United States District Court for the District of Idaho, Case No. 1:16-cv-00449-DCN (and related consolidated and third-party cases).

3.      I have been retained by Parsons Behle & Latimer ("Parsons") and Gibson Dunn & Crutcher, LLP ("Gibson"), who represent Simplot in a patent infringement claim brought against it by McCain Foods Limited.  Simplot also asserts claims against third-party defendants Elea and Food Physics for breach of their duties to defend and indemnify Simplot against McCain's patent infringement claim.

4.      Filed concurrently under seal and incorporated herein by reference as **Exhibit A** is a true and correct copy of the *Confidential Federal Rule of Civil Procedure 26(a)(2)(B) Expert Report of Andre E. Jardini* dated July 9, 2021.

5.      I declare under penalty of perjury that the opinions in the above-referenced report, as further described during my September 21, 2021 deposition, are true and correct, and I would testify to the same if called to provide my testimony in this matter.

**DECLARATION OF ANDRÉ E. JARDINI - 2**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 26, 2022, at Glendale, California.

_____
André E. Jardini

**DECLARATION OF ANDRÉ E. JARDINI - 3**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of January, 2022, I electronically filed the within and foregoing instrument with the Clerk of the Court using the CM/ECF system, which caused the following parties and counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Meredith M. Wilkes, Attorney for McCain
mwilkes@jonesday.com

John C. Evans, Attorney for McCain
jcevans@jonesday.com

John A. Marlott, Attorney for McCain
jamarlott@jonesday.com

Joshua R. Nightingale, Attorney for McCain
jrnightingale@jonesday.com

David B. Cochran, Attorney for McCain
dcochran@jonesday.com

Michael G. Brady, Attorney for McCain
mbrady@eberle.com

Susan M. Gerber, Attorney for McCain
smgerber@jonesday.com

Bradley J. Dixon, Attorney for Third-Party Defendants
bradleydixon@givenspursley.com

Kersti H. Kennedy, Attorney for Third-Party Defendants
kerstikennedy@givenspursley.com

Kenneth J. Sheehan, Attorney for Third-Party Defendants
ksheehan@bakerlaw.com

Christina J. Moser, Attorney for Third-Party Defendants
cmoser@bakerlaw.com

Nikki L. Sanford, Attorney for Third-Party Defendants
nsanford@bakerlaw.com

Charles C. Carson, Attorney for Third-Party Defendants
ccarson@bakerlaw.com

Phillip D. Wolfe, Attorney for Third-Party Defendants
pwolfe@bakerlaw.com

/s/ Dana M. Herberholz
Dana M. Herberholz

**DECLARATION OF ANDRÉ E. JARDINI - 4**