95. Claimant should receive no more than $490,686.40 for reasonable compensation of legal fees and $17,181.57 for cost disbursements. This conclusion permits recovery for 3,084 hours at the rates prescribed by the PLRA.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 19th day of January 2010, at Glendale, California.

_____
André E. Jardini

KNAPP,
PETERSEN
& CLARKE

-20-

738916.2  03041/01030