# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
## U.S. DISTRICT JUDGE MINUTE ENTRY

**(X) Motion hearing on Dockets: 330, 334, 335, 337, 346, 349, 352, 353, 355, 358, 364, 370, 376 and 419**

U.S. District Judge: David C. Nye
Deputy Clerk:   Patti Richmond
Court Reporter: Anne Bowline

Date: August 31, 2022
Time: 9:00 -
Boise, Idaho
9:00 – 10:20 (1 hr 20 min)
10:32 – 11:25 (53 min)
1:00 – 2:26 (2 hr 26 min)
2:45 – 4:10 (1 hr 25 min)
(Total time: 6 hr 4 min)

### J.R. SIMPLOT, et al vs. McCAIN FOODS, et al
### 1:16-cv-449-DCN

Counsel for Plaintiffs. Simplot:   Dana Herberholz, Jordan Stott, Brian Buroker, Vid Mohan-Ram

Counsel for Defendants: Meredith Wilkes, David Cochran, Chad Hutchinson, Luc Marcoux

Counsel for Third Party Defendants: Ken Sheehan, T. Earl LeVere, Leslie Grossberg, Simone Park

(X) Court heard arguments on Simplot's Motion for Summary Judgment and McCains Motion for Summary Judgment.
(X) Court took morning break.   10:20 – 10:32
(X) Court heard arguments on Third-Party Defendant's Motion for Summary Judgment and Simplot's Joinder Motion.
(X) Court took lunch recess. 11:25 – 1:00 pm
(X) Court heard arguments on Simplot's Motion for Summary Judgment against Elea and Elea's cross motion against Simplot.
(X) Court heard arguments on Simplot's Motion for Summary Judgment against Food Physics and Food Physics's cross motion against Simplot.
(X) Court took afternoon break. 2:26 – 2:45
(X) Court heard all Daubert Motions.
(X) Court took the matter under advisement with a written decision to be forthcoming.