UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| J.R. SIMPLOT COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>McCAIN FOODS USA, INC.,<br><br>  Defendant.<br>_____<br><br>McCAIN FOODS LIMITED,<br><br>  Plaintiff,<br><br>v.<br><br>J.R. SIMPLOT COMPANY,<br><br>  Defendant. | Case No. 1:16-cv-00449-DCN<br><br>**MEMORANDUM DECISION AND ORDER** |

## I. INTRODUCTION

In preparation for trial, Simplot has designated three witnesses—David Rogers, Samantha Melson, and Michael Baughman—as "unavailable" pursuant to Federal Rule of Civil Procedure 32(a)(4). As such, Simplot intends to offer their depositions in lieu of live testimony. McCain does not object to Simplot calling these individuals via deposition. The Court, therefore, finds good cause to allow each to testify via deposition at trial. The parties submitted their designations, counter designations, and objections of each witness's deposition for the Court's review.

## II. ANALYSIS

Below are the Court's rulings as to the specific objections regarding David Rogers.

For simplicity, the Court *has not* included designations where no objection was lodged.

| Simplot Designations | McCain Objections | McCain Counter-Designations | Simplot Objections | Simplot Counter Designations | Court Ruling on Objections |
|---|---|---|---|---|---|
| 162:21-163:8 | Relevance (401/402); unfair prejudice (403); foundation (602) | | | | **Overruled, relevant to show they were discussing multiple variations** |
| | | 179:3-10 | Speculation; foundation | 179:11-180:19 (if objection overruled) | **Sustained** |
| | | 181:14-182:10 | Speculation; foundation | 179:11-180:19 (if objection overruled) | **Sustained** |
| | | 190:7-191:2 | Hearsay; foundation; speculation; authentication | | **Sustained** |
| | | 224:9-225:7 | Relevance (FRE 401-402); hearsay; invalidity due to improper inventorship 35 U.S.C. §§ 101, 116; prejudicial/confusing (FRE 403) | | **Sustained as to lines 13 – 25 as hearsay** |
| 225:9-18 | Relevance (401/402); unfair prejudice (403) | | | | **Overruled** |
| 226:8-227:7 | Relevance (401/402); unfair prejudice (403) | | | | **Overruled** |
| 227:9-12, 14-25 | Relevance (401/402); unfair prejudice (403); foundation (602) | | | | **Overruled** |
| 228:1-4, 8-18 | Relevance (401/402); unfair prejudice (403); foundation (602) | | | | **Overruled** |
| 228:20-230:21 | Legal conclusion; expert testimony; relevance (401/402); unfair prejudice (403); foundation (602) | | | | **Overruled** |

MEMORANDUM DECISION AND ORDER - 2

| Simplot Designations | McCain Objections | McCain Counter-Designations | Simplot Objections | Simplot Counter Designations | Court Ruling on Objections |
|---|---|---|---|---|---|
| 230:24-231:6 | Relevance (401/402); unfair prejudice (403); foundation (602) | | | | **Overruled** |
| 231:10-20 | Relevance (401/402); unfair prejudice (403) | | | | **Overruled** |
| 232:16-234:12 | Relevance (401/402); unfair prejudice (403) | | | | **Overruled** |
| 241:22-25 | Relevance (401/402); unfair prejudice (403); foundation (602) | | | | **Overruled** |
| 242:3-13 | Relevance (401/402); unfair prejudice (403); foundation (602) | | | | **Overruled** |
| 242:22-247:15 | Relevance (401/402); unfair prejudice (403); foundation (602) | | | | **Sustained as not relevant and outside personal knowledge** |
| 247:25-252:9 | Relevance (401/402); unfair prejudice (403); foundation (602) | | | | **Sustained as not relevant and outside personal knowledge** |
| 252:11-253:5 | Relevance (401/402); unfair prejudice (403) | | | | **Sustained** |
| 253:8-254:16 | Relevance (401/402); unfair prejudice (403) | 254:17-255:12 | | | **Sustained** |
| | | 267:11-25 | Calls for legal conclusion; speculation; relevance (FRE 401-402); invalidity due to improper inventorship 35 U.S.C. §§ 101, 116; prejudicial/confusing (FRE 403) | | **Sustained** |
| | | 273:7-274:25 | Hearsay; foundation; speculation; subject to admission of an exhibit; invalidity due to improper inventorship 35 U.S.C. §§ 101, 116; | | **Sustained** |

MEMORANDUM DECISION AND ORDER - 3

| Simplot Designations | McCain Objections | McCain Counter-Designations | Simplot Objections | Simplot Counter Designations | Court Ruling on Objections |
|---|---|---|---|---|---|
| | | | prejudicial/confusing (FRE 403) | | |

DATED: August 16, 2024

_____
David C. Nye
Chief U.S. District Court Judge