UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

**JURY TRIAL – Day Five (5)**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **August 23, 2024** |
| Case No. 1:16-cv-449-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Boise, ID | Reporter: Anne Bowline |
| | Time: 8:20 AM – 8:54 AM |
| | Time: 9:04 AM – 10:03 AM |
| | Time: 10:23 AM – 11:39 AM |
| | Time: 12:47 PM – 2:04 PM |
| | **Total Time in Court: 4 hours 5 minutes** |

**J.R. SIMPLOT COMPANY v. MCCAIN FOODS USA, INC.**

| | |
|---|---|
| Counsel for J.R. Simplot Company: | Dana Herberholz, Brian Buroker, Jordan Stott, David Brzozowski, Payton George, & Vid Mohan-Ram |
| Counsel for McCain Foods USA, Inc.: | Meredith M. Wilkes, Vishal V. Khatri, David B. Cochran, John C. Evans, Susan M. Gerber, & Joseph D. Farley |

(X) The Court took up objections to exhibits outside the presence of the jury.
(X) Jurors present in the courtroom at 9:04 a.m.
(X) David Walker called to begin testimony at 9:05 a.m.
(X) McCain rests at 9:57 a.m.
(X) Simplot made Rule 50(a) Motion.
(X) Simplot rests at 1:37 p.m.
(X) McCain begins rebuttal case at 1:38 p.m. by calling Steven Visser.
(X) McCain rests at 1:59 a.m.

**Defense Witnesses:**
(X) David Bruce Walker at 9:05 a.m.
(X) Davis Haas at 9:16 a.m.
(X) Steven Visser at 1:38 p.m.

**Defense Exhibits:**
(X) Demonstrative Only:
  - 2253, 2254, & 2252

**Plaintiff's Witnesses:**
(X) David Rogers by Deposition at 10:24 a.m.
(X) David Bruce Walker at 10:32 a.m.
(X) Timothy Fletcher at 11:11 a.m.

**Plaintiff's Exhibits:**
(X) Admitted:
- 1026 (offered by McCain), 1022, & 1061

(X) Jury admonished for the weekend. The jury trial will resume on August 30, 2024, at 8:00 a.m.