UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

**JURY TRIAL – Day Six (6)**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **August 26, 2024** |
| Case No. 1:16-cv-449-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Boise, ID | Reporter: Anne Bowline |
| | Time: 9:40 AM – 10:23 AM |
| | Time: 10:40 AM – 12:45 PM |
| | Time: 1:00 PM – 2:03 PM |
| | Time: 4:55 PM – 4:58 PM |
| | **Total Time in Court: 3 hours 54 minutes** |

**J.R. SIMPLOT COMPANY v. MCCAIN FOODS USA, INC.**

| | |
|---|---|
| Counsel for J.R. Simplot Company: | Dana Herberholz, Brian Buroker, Jordan Stott, David Brzozowski, Payton George, & Vid Mohan-Ram |
| Counsel for McCain Foods USA, Inc.: | Meredith M. Wilkes, Vishal V. Khatri, David B. Cochran, John C. Evans, Susan M. Gerber, & Joseph D. Farley |

(X) The Court and Counsel conducted informal and formal jury instruction conferences outside the presence of the jury.
(X) The Court took up objections to the closing argument slides outside the presence of the jury.
(X) Jurors present in the courtroom at 10:42 a.m.
(X) Jury instructions were given to the jurors.
(X) Simplot gave closing arguments at 11:59 a.m.
(X) McCain gave closing arguments at 1:01 p.m.
(X) Simplot gave rebuttal argument at 1:46 p.m.
(X) McCain gave rebuttal argument at 1:55 p.m.
(X) Bennett Briggs, law clerk, sworn as bailiff.
(X) Jury retired to deliberate at 2:01 p.m.
(X) Jury question to Chamber at 4:33 p.m.  Counsel contacted & informal conference held in Chambers.
(X) Jury excused for the evening at 4:40 p.m.
(X) The Court went on the record at 4:55 p.m. regarding the question received from the jury and all parties agreed to the answer being submitted back to the jury.

(X) Deliberations to resume on 8/27/2024 at 8:40 a.m.