UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

**JURY TRIAL – Day Seven (7)**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **August 27, 2024** |
| Case No. 1:16-cv-449-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Boise, ID | Reporter: Anne Bowline |
| | Time: 3:00 PM – 3:12 PM |
| | **Total Time in Court: 12 minutes** |

**J.R. SIMPLOT COMPANY v. MCCAIN FOODS USA, INC.**

| | |
|---|---|
| Counsel for J.R. Simplot Company: | Dana Herberholz, Brian Buroker, Jordan Stott, David Brzozowski, Payton George, & Vid Mohan-Ram |
| Counsel for McCain Foods USA, Inc.: | Meredith M. Wilkes, Vishal V. Khatri, David B. Cochran, John C. Evans, Susan M. Gerber, & Joseph D. Farley |

(X) Jurors present in the deliberation room at 9:15 a.m. to continue their deliberations.
(X) Verdict reached at 2:27 p.m.
(X) Jury returned to deliver their verdict.
(X) Verdict read in open Court.

(X) Infringement of the '036 Patent
- Direct Infringement – Yes (finding for Simplot)
- Willful Infringement – Yes (finding for Simplot)
- Invalidity
    o Indefiniteness – No (finding for Simplot)
    o Lack of Enablement – No (finding for Simplot)
- Damages
    o Simplot awarded $0.00.

(X) Infringement of the '916 Patent
- Direct Infringement – No (finding for Simplot)
- Invalidity
    o Anticipation – Yes (finding for Simplot)
    o Obviousness – Yes (finding for Simplot)

(X) The Court thanked and excused the jury.
(X) McCain renewed its Motion for Judgment as a Matter of Law on all issues the jury found adverse to McCain in both the '036 patent and '916 patent cases.
(X) Briefing schedule set for 30 days.
(X) The court provided a copy of the executed verdict form to both parties.
(X) Exhibit binders were previously returned to counsel on 8/26/2024.