UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

J.R. SIMPLOT COMPANY,

Plaintiff,

v.

McCAIN FOODS USA, INC.,

Defendant.

---

McCAIN FOODS LIMITED,

Plaintiff,

v.

J.R. SIMPLOT COMPANY,

Defendant.

---

J.R. SIMPLOT COMPANY,

Plaintiff,

v.

ELEA VERTRIEBS-UND-VERMARKTUNGSGESELLSCHAFT, MBH; FOOD PHYSICS LLC,

Third-Party Defendants.

Case No. 1:16-cv-00449-DCN

**MEMORANDUM DECISION AND ORDER**

## I. INTRODUCTION AND BACKGROUND

The Court recently granted Simplot's Bill of Costs (Dkt. 599) and Motion for Attorney Fees (Dkt. 601) awarding $64,702.86 in costs and $3,492,076.60 in fees. Dkt. 619. As part of that decision, the Court ordered Simplot to file a supplement outlining the attorney fees incurred in bringing the Motion for Attorney Fees itself. *Id*. at 19. The Court noted that, because it had "already found fees are warranted, McCain cannot object on that basis. And assuming Simplot uses the hourly rates approved here, McCain cannot object on that basis either. It can, however, object to the hours spent if it so chooses."*Id*.

Simplot subsequently filed its supplement seeking an additional $145,439 in fees. Dkt. 620. McCain filed a short objection reiterating its opposing to any fees and alleging Simplot used a higher rate in its supplement than the rate previously approved by the Court. Dkt. 623. Simplot replied (Dkt. 625) and the matter is ripe for review.

Upon review, and for the reasons set forth below, Simplot's supplement is granted in part and denied in part and the Court awards Simplot an additional $144,384.00 in fees.

## II. BACKGROUND

As part of its prior decision, the Court held the blended rates Simplot requested were reasonable. Relevant here, the Court held Simplot's Idaho counsel Dana Herberholz was entitled to a blended rate of $388 per hour and Jordan Stott to a blended rate of $291 per hour. Dkt. 619, at 16. The Court reduced Simplot's requested rate for its national counsel, Brian Buroker, to $650 per hour to more align with the Boise market. *Id*. at 17–18. The Court also found $174 per hour for Simplot's local paralegal was appropriate. *Id*. at 16.

Simplot now asks that the Court award $145,439 in fees at the following rates: $594

per hour for Herberholz, $546 per hour for Stott, $650 per hour for Buroker, and $300 per hour for its Boise paralegal, Jacqueline Franolich. *See generally* Dkt. 621.

McCain's short objection focuses on the fact that Simplot now seeks fees *higher* than those previously approved by the Court for Herberholz, Stott, and Franolich. It does not object to the rate applied to Buroker nor does it object to the hours expended.

The $650 per hour rate Simplot requested for Buroker is the rate the Court previously found appropriate and his fees will be awarded accordingly.

While it is true the Court previously approved a lower rate for Herberholz and Stott than the current request, that was a *blended* rate. Simplot states in its supplement that the Court already found the actual rates were "reasonable," implying the Court approved of the *range* of rates. Dkt. 621, at 2 n.1. This is not technically accurate. The Court did not find the actual dollar amounts were reasonable; it held more generally that the blended rates were reasonable under the circumstances. While the acceptance of the blended rate implicitly implies acceptance of the range that resulted in that blended rate, the Court feels it important to highlight it did not explicitly approve of any particular hourly rate. The Court's focus was on the blended rates and trying to account for the nearly ten-year duration of this case and the interplay between in-state and out-of-state counsel. That said, the Court specifically noted its calculations were based on "dated" rates and, as a result, did "not necessarily" reflect "the current market rate in Boise." Dkt. 621, at 18–19.

The rates Simplot now requests for Herberholz and Stott reflect work done more recently when their rates were naturally higher. Notably, when the Court was reducing Simplot's national counsels' rates to better reflect the Boise legal market, it found a blended

hourly rate of $550 per hour for someone with 20 years' experience was appropriate. Herberholz has 20 years of experience. Again, considering the blended rates reflected work done in prior years compared to the work done on the Motion for Fees more recently, an hourly rate of $594 per hour for Herberholz is in line with the Court's prior analysis. The same can be said for Stott's $546 per hour request. Such rates are in line with the current Boise market for attorneys of comparable experience at comparable firms. These fees will be awarded accordingly.

Finally, Simplot has requested $300 per hour for paralegal Franolich noting the Court awarded Gibson Dunn's paralegal $300 per hour based on her experience and using Boise rates to determine the amount. Again, this is not an inaccurate summary. But there is more to the story. The Court *reduced* Gibson Dunn's paralegal rate down from $454 per hour to $300 per hour. Dkt. 619, at 18. And it did so by analyzing other awards in Idaho and trying to strike a fair balance between reductions, consistency, and the current market. Notably, however, the Court found Simplot's Boise's paralegal's blended rate of $174 per hour was appropriate. *Id*. at 16. That rate was for Janelle Finfrock and reflected a blending of rates ranging from $143 in 2017 to $204 in 2023. *See* Dkt. 602, at 28. According to Simplot, Finfrock obtained her paralegal certificate in 2003. Dkt. 602-1, at 6. Simplot represents Franolich has been a paralegal since 1996 and should be compared to Gibson Dunn's paralegal and received $300 per hour. Again, the Court recognizes it ultimately landed on the $300 rate for Gibson Dunn's paralegal by surveying the Boise market. But it did so as part of a discussion where it found such was quite high and that the Boise market typically does not reach much over $200 per hour for paralegals. Dkt. 619, at 18.

Considering Finfrock's experience, Franolich's experience, the Court's prior blended award, and the current market trends in Boise, the Court finds a rate of $250 per hour for Franolich is appropriate.[1] This results in a $1,055 reduction in Simplot's request.

## VI. ORDER

1. Simplot is awarded $144,384.00 in fees related to the preparation of its Motion for Fees. This brings Simplot's total award to $3,636,460.60.
2. The Court will enter Judgment consistent with this decision.

DATED: November 19, 2026

David C. Nye
U.S. District Court Judge

---

[1] In one of the cases the Court previously cited, Chief District Judge Amanda K. Brailsford awarded a paralegal with over 30 years' experience $330 per hour, but did so because of the specialized knowledge required in that case. *Gorlitz v. Haydock*, 2026 WL 2906374, at *4 (D. Idaho Sept. 28, 2026). And again, Judge Brailsford specifically recognized the rate was "significantly higher" than what the Court would normally award. *Id*.